United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW VEAL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LENDINGCLUB CORPORATION, et al., <br><br> Defendants. | Case No. 18-cv-02599-BLF <br><br> **ORDER RESETTING CASE MANAGEMENT CONFERENCE TO JULY 9, 2020 AT 11:00 A.M.** |

In advance of a case management schedule, currently scheduled on May 14, 2020, the parties filed a joint case management statement. ECF 110. In that statement, the parties inform the Court that "[g]iven that Defendants' Motion to Dismiss the SAC is currently pending, the parties agree that it is premature to propose dates for designation of experts, discovery cutoff, pretrial conference, and trial." *Id.* at § XVII. Accordingly, the Court RESETS the Initial Case Management Conference to **July 9, 2020 at 11:00 a.m.** A joint case management statement will be due no later than July 2, 2020.

**IT IS SO ORDERED.**

Dated: May 8, 2020

_____
BETH LABSON FREEMAN
United States District Judge