# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW VEAL, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>LENDINGCLUB CORPORATION, et al.,<br>　　　　Defendants. | Case No. 18-cv-02599-BLF<br><br>**JUDGMENT** |

On June 12, 2020, the Court granted Defendants' motion to dismiss the Second Amended Complaint (ECF 93) with leave to amend in part and without leave to amend in part. ECF 113. On July 27, 2020, Plaintiffs informed the Court that they do not intend to file a Third Amended Complaint and requested that the Court enter judgment. ECF 117. Accordingly, it is hereby ORDERED AND ADJUDGED that all claims are DISMISSED and that Plaintiffs Zhenbin Chen and XiangHong Ding shall take nothing by this action.

**IT IS SO ORDERED.**

Dated: July 27, 2020

_____
BETH LABSON FREEMAN
United States District Judge